**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

IN RE: TRACIE BELL                                                                           CHAPTER 13

DEBTOR                                                                                                 CASE NO. 17-14461 JDW

**RESPONSE TO TRUSTEE'S MOTION TO DISMISS [DKT. NO. 47]**

COMES NOW, Tracie Bell, by and through her attorney of record and in response to the Trustee's Motion To Dismiss and would show as follows:

Debtor's attorney has been unable to reach the Debtor about her delinquency and requests a hearing be set here on.

WHEREFORE, PREMISES CONSIDERED, this Court prays for such other relief, general or specific.

RESPECTFULLY SUBMITTED,

/s/ Karen B. Schneller
KAREN B. SCHNELLER, MSB #6558
ATTORNEY AT LAW
POST OFFICE BOX 417
HOLLY SPRINGS, MISSISSIPPI  38635
(662) 252-3224

**CERTIFICATE OF SERVICE**

I, Karen B. Schneller, Attorney for Debtor, do hereby certify that I have this day forwarded, a true and correct copy of the above and foregoing Response To Motion To Dismiss to the Debtor, either by electronic means or by United States Mail to the following:

**Locke Barkley**
**Chapter 13 Trustee**
**6360 I-55, Suite 140**
**Jackson, Mississippi 39211**

**U.S. Trustee**
**501 East Court Street, Suite 6-430**
**Jackson, Mississippi 39269**

This the 23rd day of June, 2020.

/s/ Karen B. Schneller
KAREN B. SCHNELLER